```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A05-0043--CV (JWS)
                "USA V EUGENE GEORGE WARNER ET AL"

       Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
            Filed: 03/01/05
           Closed: NO

     Jurisdiction: (1) U.S. Plaintiff
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (870) Tax Suits

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Waived
         Trial by:
```

Parties of Record:                           Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | UNITED STATES OF AMERICA | John B. Snyder, III<br>U.S. Dept of Justice<br>P.O. Box 683<br>Ben Franklin Station<br>Washington, DC 20044-0683<br>202-307-6548 |
| DEF 1.1 | WARNER, EUGENE GEORGE | No counsel found for this party! |
| DEF 2.1 | KWOO | No counsel found for this party! |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A05-0043--CV (JWS)
                           "USA V EUGENE GEORGE WARNER ET AL"

                                    For all filing dates
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 03/01/05
           Closed: NO

     Jurisdiction: (1) U.S. Plaintiff
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (870) Tax Suits

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Waived
         Trial by:


Document #   Filed     Docket text

    1 -  1  03/01/05   Complaint to nullify and to enjoin false lien and encumberance filed;
                       Summons issued.

    2 -  1  05/03/05   JWS Minute Order that proof of svc is lacking; plf to file proof of svc
                       on defs served; proceed to serve defs to comply w/FRCvP 4(m). cc: cnsl

    3 -  1  06/27/05   PLF 1 motion to extend time (until 9/26/05) for service of process w/att
                       decla.

    4 -  1  06/28/05   PLF 1 motion to substitute attorney for service of process.

    5 -  1  07/01/05   JWS Minute Order granting mot to sub atty for svc of process (4-1). cc:
                       cnsl, J. Snyder

    6 -  1  07/05/05   JWS Minute Order granting mot to extend time (until 9/26/05) for svc of
                       process (3-1); proof of svc of sums & cmplt due no later than 9/29/05.
                       cc: cnsl

    7 -  1  09/13/05   PLF 1 motion to extend time for 30 days for service of process (2nd
                       request) & for special proof of service & notice of service by mail
                       w/att memo, declas & exhs.

    8 -  1  09/16/05   JWS Order granting motion to extend time for 30 days for service of
                       process (2nd request) & for special proof of service (7-1).  cc: cnsl

    9 -  1  10/27/05   PLF 1 motion for acceptance of proof of service of process w/att memo,
                       decla & exhs.
```