DEBORAH M. SMITH
Acting United States Attorney
Room C-253, Federal Building and
  United States Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071

JOHN B. SNYDER, III
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6548

           IN THE UNITED STATES DISTRICT COURT FOR THE

                      DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Civil No. A05-0043-CV (JWS) |
|     Plaintiff, | ) |
| | ) |
|   v. | ) UNITED STATES' REQUEST FOR ENTRY |
| | ) OF DEFAULT AGAINST EUGENE GEORGE |
| EUGENE GEORGE WARNER, | ) WARNER |
| individually and as trustee of | ) |
| KWOO, AN ALLEGED PURE TRUST; | ) |
| and KWOO, AN ALLEGED PURE | ) |
| TRUST, | ) |
| | ) |
|     Defendants. | ) |
| | ) |

    TO THE CLERK OF COURT:

    Ida Romack
    United States District Court
    for the District of Alaska

    Pursuant to Federal Rule of Civil Procedure 55(a), please enter the default of defendant Eugene George Warner for his failure to plead or otherwise defend in the above-captioned case.

As reflected in the United States' Notice of Service by Publication filed on or about December 22, 2005, Eugene George Warner has been served by publication in this matter and has failed to answer or other respond to the United States' complaint.  Therefore, entry of default is appropriate.

Dated this <u>24th</u> day of January, 2006.

                                Respectfully submitted,

                                DEBORAH M. SMITH
                                Acting United States Attorney

                                <u>s/ John B. Snyder, III</u>
                                JOHN B. SNYDER, III
                                Trial Attorney, Tax Division
                                U.S. Department of Justice
                                Post Office Box 683
                                Ben Franklin Station
                                Washington, D.C.  20044
                                Telephone: (202) 307-6548

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a
true and correct copy of the foregoing
was sent to the following parties on January <u>24th</u>, 2006:

Eugene George Warner        KWOO
3731 Laron Lane              c/o Eugene George Warner
Anchorage, Alaska 99504     3731 Laron Lane
                                    Anchorage, Alaska 99504

<u>s/ John B. Snyder, III</u>

1514523.1