DEBORAH M. SMITH
Acting United States Attorney
Room C-253, Federal Building and
  United States Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071

JOHN B. SNYDER, III
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6548

    IN THE UNITED STATES DISTRICT COURT FOR THE

                   DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Civil No. A05-0043-CV (JWS) |
| Plaintiff, ) | |
| ) | |
| v. ) | UNITED STATES' REQUEST FOR ENTRY |
| ) | OF DEFAULT AGAINST KWOO, AN |
| EUGENE GEORGE WARNER, ) | ALLEGED PURE TRUST |
| individually and as trustee of ) | |
| KWOO, AN ALLEGED PURE TRUST; ) | |
| and KWOO, AN ALLEGED PURE ) | |
| TRUST, ) | |
| ) | |
| Defendants. ) | |
| ) | |

     TO THE CLERK OF COURT:

     Ida Romack
     United States District Court
     for the District of Alaska

     Pursuant to Federal Rule of Civil Procedure 55(a), please

enter the default of defendant KWOO, an alleged pure trust, for

its failure to plead or otherwise defend in the above-captioned

case. As reflected in the United States' Notice of Service by Publication filed on or about December 22, 2005, KWOO, an alleged pure trust, has been served by publication in this matter and has failed to answer or other respond to the United States' complaint. Therefore, entry of default is appropriate.

Dated this <u>24th</u> day of January, 2006.

                Respectfully submitted,

                DEBORAH M. SMITH
                Acting United States Attorney

                <u>s/ John B. Snyder, III</u>
                JOHN B. SNYDER, III
                Trial Attorney, Tax Division
                U.S. Department of Justice
                Post Office Box 683
                Ben Franklin Station
                Washington, D.C.  20044
                Telephone: (202) 307-6548

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a
true and correct copy of the foregoing
was sent to the following parties on January <u>24th</u>, 2006:

| | |
|---|---|
| Eugene George Warner | KWOO |
| 3731 Laron Lane | c/o Eugene George Warner |
| Anchorage, Alaska 99504 | 3731 Laron Lane |
| | Anchorage, Alaska 99504 |

<u>s/ John B. Snyder, III</u>