**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

RECEIVED
FEB 0 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

UNITED STATES OF AMERICA   v.   EUGENE GEORGE WARNER
                                KWOO, AN ALLEGED PURE TRUST

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                     CASE NO. 3:05-cv-00043-JWS

Pam Richter

PROCEEDINGS: **CLERK'S NOTICE**              DATE: January 25, 2006

It appearing from the records in the above-entitled action summons issued on the complaint has been served pursuant to Federal Rules of Civil Procedure upon the below named defendant(s); and it appearing from the affidavit of counsel for plaintiff and the records herein that the below named defendant(s) has failed to plead or otherwise defend in said action as required by said summons and provided for by the Federal Rules of Civil Procedure,

Now, therefore, on request of counsel for plaintiff, the DEFAULT as aforesaid, of each of the following defendant(s): **Eugene George Warner** and **KWOO**, in the above-entitled action is hereby entered.

*Acceptance denied for cause without dishonor to you or recourse to me for failure on your part to state a claim for which relief can be granted. See attached letter of 12/1/2006.*

*by: Eugene-George: Warner
Embassador, Public Minister
No value assured
No liability accepted
Without jurisdiction*

[ ]{CLERKNOT.WPD*Rev.09/00}