DEBORAH M. SMITH
Acting United States Attorney
Room C-253, Federal Building and
  United States Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071

JUSTIN S. KIM
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-0977
Facsimile:  (202) 307-0054
E-mail:  justin.s.kim@usdoj.gov


IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Civil No. A05-0043-CV (JWS) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NOTICE OF SUBSTITUTION OF |
| | ) | COUNSEL |
| EUGENE GEORGE WARNER, | ) | |
| individually and as trustee of | ) | |
| KWOO, AN ALLEGED PURE TRUST; | ) | |
| and KWOO, AN ALLEGED PURE | ) | |
| TRUST, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

     The United States hereby substitutes the undersigned, Justin S. Kim, for John B. Snyder, III,

as lead counsel for the United States in this case.

Dated this <u>17th</u> day of July, 2006.

Respectfully submitted,

DEBORAH M. SMITH
Acting United States Attorney

<u> /s/ Justin S. Kim</u>
JUSTIN S. KIM
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683, Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-0977
Facsimile:  (202) 307-0054
E-mail:  justin.s.kim@usdoj.gov

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy
of the foregoing NOTICE OF SUBSTITUTION was sent
to the following parties on July <u>17th</u>, 2006 by regular U.S. Mail:

Eugene George Warner          KWOO
3731 Laron Lane               c/o Eugene George Warner
Anchorage, Alaska 99504       3731 Laron Lane
                              Anchorage, Alaska 99504

<u> /s/ Justin S. Kim</u>