DEBORAH M. SMITH
Acting United States Attorney
Room C-253, Federal Building and
 United States Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071

JUSTIN S. KIM
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-0977

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Civil No. A05-0043-CV (JWS) |
| Plaintiff, | ) |
| | ) |
| v. | ) THE UNITED STATES' MOTION FOR |
| | ) DEFAULT JUDGMENT |
| EUGENE GEORGE WARNER, | ) |
| individually and as trustee of | ) |
| KWOO, AN ALLEGED PURE TRUST; | ) |
| and KWOO, AN ALLEGED PURE | ) |
| TRUST, | ) |
| | ) |
| Defendants. | ) |
| | ) |

    The United States of America, through its undersigned counsel, hereby moves the Court for default judgment against defendants Eugene George Warner and KWOO, an alleged pure trust, pursuant to Federal Rule of Civil Procedure 55(b).  The United States seeks default judgment against defendants because they have failed to respond to the United States' complaint, default has been entered against them, and the memorandum and declarations submitted in support of this motion demonstrate that the United States is entitled to the relief sought in its complaint.

Dated this <u>9th</u> day of August, 2006.

                                    Respectfully submitted,

                                    DEBORAH M. SMITH
                                    Acting United States Attorney

                                    /s/ Justin S. Kim
                                    JUSTIN S. KIM
                                    Trial Attorney, Tax Division
                                    U.S. Department of Justice
                                    Post Office Box 683, Ben Franklin Station
                                    Washington, D.C.  20044
                                    Telephone: (202) 307-0977

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy of the foregoing THE UNITED STATES' MOTION FOR DEFAULT JUDGMENT was sent to the following parties on August <u>9th</u>, 2006 by regular U.S. Mail:

| | |
|---|---|
| Eugene George Warner | KWOO |
| 3731 Laron Lane | c/o Eugene George Warner |
| Anchorage, Alaska 99504 | 3731 Laron Lane |
| | Anchorage, Alaska 99504 |

 /s/ Justin S. Kim

<u>United States v. Warner, et al.</u>
Civil No. A05-0043-CV (JWS)          - 2 -