# EXHIBIT B

**Return to:**
Eugene-George: Warner, KWOO Trustee
c/o 3731 Laron Lane, Anchorage, Alaska [99504]

Anchorage Recording District

# NOTICE OF REMOVAL

Dated: January 28, 2006

Re: Recording 2004-086265-0, Anchorage District 301 – DECLARATION

**UNITED STATES OF AMERICA, Inc., et. al.,** a Private Corporation,
Internal Revenue Service    (IRS),
Stephen Baker, individually & in capacity,
Michael Walsh, individually & in capacity,
Doris Marshall, individually & in capacity,
State of Alaska, Inc., et. al., a Private Corporation,
Ronald Cahn, individually & in capacity,
David Stout, individually & in capacity, Defendants.

To whom it many concern:

Unable to locate a proper venue or jurisdiction or the Constitutional side of the Federal court in Anchorage, Alaska, the undersigned embassador, a living breathing soul, presented a complaint for the benefit of the public record. This complaint was received by the Anchorage Recording District for public notice on 11/18/2004 and was numbered 2004-086265-0.

Notice is given that the above described complaint as received by the Anchorage Recording District is hereby <u>removed from</u> the public record to an unbiased, non-private tribunal of proper venue and jurisdiction.

As this action involves a native Hawaiian ohana, pure trust, titled KWOO, founded in international law, without the United States of America and as the undersigned is a trustee of the said international law trust and a citizen of both the Hawaiian and Cherokee Nations; it is <u>removed to</u> a native American Tribal Court of international law without the United States of America.

The above listed parties will be notified by the Tribal Clerk of Court as to tribal law due process, including place, dates and times the tribunal will convene to hear this action.

Page 1 of 2

Notice to Agent is Notice to Principal and Notice to Principal is Notice to Agent.

by: *[signature]*
Eugene-George: Warner, KWOO Trustee
Embassador, Public Minister
No value assured, No liability accepted

cc: Ida Romack, Clerk of Court
U.S. District Court – A05-0043-CV (JWS) without the United States of America
222 West 7th Ave.
Anchorage, Alaska 99513-7564

Stephen Baker, Michael Walsh and Doris Marshall
c/o U.S.A. Inc., U.S. Department of Justice
Tax Division CTS, Western
Washington, D.C. 20530

STATE OF Alaska       )
                      ) ss
MUNICIPALITY OF Anchorage)

## JURAT

BE IT KNOWN that on this 1st day of ~~January~~ February, 2006, before me Crystal L Plew, a Notary Public for the State of Alaska, residing in the city of marathon, in said MUNICIPALITY of Anchorage, duly commissioned and sworn, and by law authorized to administer oaths and affirmations, personally appeared Eugene-George: Warner, the Affiant, to me well known, and known to be the person he represents himself to be, who being by me duly sworn, did make the foregoing Affidavit by him subscribed.

In testimony whereof, I have hereunto set my hand and affixed my seal of office on the day and year first above written.

*Crystal Plew*
Notary Signature

My Commission Expires
November 28, 2009

[Notary Seal: CRYSTAL PLEW NOTARY PUBLIC STATE OF ALASKA]

*This Affidavit and all attached documents have been made a part of the Public Record and will be used as evidence in Administrative and/or Judicial proceeding at law or equity regarding this case, if necessary.*


2 of 2
2006-006827-0