DEBORAH M. SMITH
Acting United States Attorney
Room C-253, Federal Building and
  United States Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071

JUSTIN S. KIM
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-0977
Facsimile: (202) 307-0054
E-mail: justin.s.kim@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Civil No. A05-0043-CV (JWS) |
| Plaintiff, ) | |
| ) | |
| v. ) | DECLARATION OF STEPHEN P. BAKER |
| ) | |
| EUGENE GEORGE WARNER, ) | |
| individually and as trustee of ) | |
| KWOO, AN ALLEGED PURE TRUST; ) | |
| and KWOO, AN ALLEGED PURE ) | |
| TRUST, ) | |
| ) | |
| Defendants. ) | |
| ) | |

I, Stephen P. Baker, pursuant to 28 U.S.C. § 1746, declare and state to the best of my

knowledge as follows:

  1. I am employed in the Office of Chief Counsel of the Internal Revenue Service ("IRS"). I

am authorized to act as a Special Assistant United States Attorney and to appear on behalf of the Internal Revenue Service in the United States Bankruptcy Court for the District of Alaska. My post of duty is in Anchorage, Alaska.

2. On October 16, 2003, Warner filed a second Chapter 13 bankruptcy. In my capacity as an attorney with the Office of Chief Counsel and a Special Assistant United States Attorney, on January 23, 2004, I was assigned to represent the interests of the IRS in that bankruptcy.

3. On August 12, 2004, the bankruptcy court dismissed the bankruptcy case, holding that Warner's outstanding pre-petition tax debts were not dischargeable. I have maintained an open file on the matter for time-charging purposes on any collateral duties that may arise with regard to Mr. Warner, such as providing advice to other IRS components regarding nominee lien issues.

4. I am not personally acquainted with Eugene George Warner or KWOO, an alleged pure trust, and I have had no contact or relationship with them other than in my official capacity with the IRS.

5. I have never engaged in any contract or personal transaction with Eugene George Warner or KWOO. I do not owe Eugene George Warner or KWOO money. Eugene George Warner and KWOO have no legitimate reason to impose a lien on my personal property.

6. I have never been charged with or convicted of any crime, whether related to Eugene George Warner or KWOO or otherwise. Eugene George Warner and KWOO have no legitimate reason to accuse me of committing crimes.

7. I am aware of a document styled a "Criminal Complaint" and a "Declaration of Theft/Embezzlement" that was filed against me by Eugene George Warner and KWOO. This filing has caused me to experience distress and anxiety. For example, I am concerned that the false

United States v. Warner, et al.
Civil No. A05-0043-CV (JWS)            - 2 -

1840544.1
1840544.2

Criminal Complaint may have a negative impact on my permanent credit report and on my personal reputation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 1st day of August, 2006.

                                               STEPHEN P. BAKER
                                               Office of Chief Counsel

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy
of the foregoing DECLARATION OF STEPHEN P. BAKER was sent
to the following parties on August 9th, 2006 by regular U.S. Mail:

| | |
|---|---|
| Eugene George Warner | KWOO |
| 3731 Laron Lane | c/o Eugene George Warner |
| Anchorage, Alaska 99504 | 3731 Laron Lane |
| | Anchorage, Alaska 99504 |

/s/ Justin S. Kim

United States v. Warner, et al.
Civil No. A05-0043-CV (JWS)          - 3 -

1840544.1
1840544.2