DEBORAH M. SMITH
Acting United States Attorney
Room C-253, Federal Building and
  United States Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071

JUSTIN S. KIM
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-0977
Facsimile: (202) 307-0054
E-mail: justin.s.kim@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>EUGENE GEORGE WARNER,<br>individually and as trustee of<br>KWOO, AN ALLEGED PURE TRUST;<br>and KWOO, AN ALLEGED PURE<br>TRUST,<br><br>            Defendants. | Civil No. A05-0043-CV (JWS)<br><br>DECLARATION OF RONALD CHAN |

I, Ronald Chan, pursuant to 28 U.S.C. § 1746, declare and state to the best of my knowledge as follows:

1. I am employed as a Special Agent of the Criminal Investigation Division of the Internal Revenue Service ("IRS"). My post of duty is in Anchorage, Alaska.

2. Prior to 2003, Eugene George Warner began using KWOO, a purported pure trust, to

hold a bank account and real property in Hawaii for his use.

3. On April 18, 2003, Eugene George Warner filed a Chapter 13 bankruptcy. This bankruptcy was dismissed on Warner's initiative on April 29, 2003.

4. On October 30, 2003, Eugene George Warner filed a second Chapter 13 bankruptcy. During this bankruptcy, he concealed the ongoing sale and transfer of the Hawaii property held by KWOO.

5. Based on these actions, on December 29, 2003, the bankruptcy matter was referred to the Criminal Investigation Division of the IRS for investigation. I was assigned to the matter shortly thereafter, and I am assisting in that investigation in my capacity as a Special Agent.

6. I am not personally acquainted with Eugene George Warner or KWOO, an alleged pure trust, and I have had no contact or relationship with them other than in my official capacity with the IRS.

7. I have never engaged in any contract or personal transaction with Eugene George Warner or KWOO. I do not owe Eugene George Warner or KWOO money. Eugene George Warner and KWOO have no legitimate reason to impose a lien on my personal property.

8. I have never been charged with or convicted of any crime, relating to Eugene George Warner or KWOO. Eugene George Warner and KWOO have no legitimate reason to accuse me of committing crimes.

9. I am aware of a document styled a "Criminal Complaint" and a "Declaration of Theft/Embezzlement" that was filed against me by Eugene George Warner and KWOO. This filing has caused me to experience distress and anxiety. For example, I am concerned that the false Criminal Complaint may have a negative impact on my permanent credit report or on my personal reputation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 26 day of July, 2006.

_____
RONALD CHAN
Special Agent

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy of the foregoing DECLARATION OF RONALD CHAN was sent to the following parties on ~~July~~ August 9th, 2006 by regular U.S. Mail:

Eugene George Warner
3731 Laron Lane
Anchorage, Alaska 99504

KWOO
c/o Eugene George Warner
3731 Laron Lane
Anchorage, Alaska 99504

/s/ Justin S. Kim