DEBORAH M. SMITH
Acting United States Attorney
Room C-253, Federal Building and
 United States Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071

JUSTIN S. KIM
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-0977
Facsimile: (202) 307-0054
E-mail: justin.s.kim@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EUGENE GEORGE WARNER,<br>individually and as trustee of<br>KWOO, AN ALLEGED PURE TRUST;<br>and KWOO, AN ALLEGED PURE<br>TRUST,<br><br>Defendants. | Civil No. A05-0043-CV (JWS)<br><br>DECLARATION OF DORIS MARSHALL |

I, Doris Marshall, pursuant to 28 U.S.C. § 1746, declare and state to the best of my

knowledge as follows:

1. I am employed as a Revenue Officer of the Internal Revenue Service ("IRS"). My post of

duty is in Anchorage, Alaska.

2. In my capacity as a Revenue Officer, in August, 2001, I was assigned to collect the unpaid

income tax liabilities of Eugene George Warner.

3. As part of the collection case, I filed a levy on Eugene George Warner's pension checks from the State of Alaska.

4. I am not personally acquainted with Eugene George Warner or KWOO, an alleged pure trust, and I have had no contact or relationship with them other than in my official capacity with the IRS.

5. I have never engaged in any contract or personal transaction with Eugene George Warner or KWOO. I do not owe Eugene George Warner or KWOO money. Eugene George Warner and KWOO have no legitimate reason to impose a lien on my personal property.

6. I have never been charged with or convicted of any crime, whether related to Eugene George Warner or KWOO or otherwise. Eugene George Warner and KWOO have no legitimate reason to accuse me of committing crimes.

7. I am aware of a document styled a "Criminal Complaint" and a "Declaration of Theft/Embezzlement" that was filed against me by Eugene George Warner and KWOO. This filing has caused me to experience distress and anxiety. For example, I am concerned that the false Criminal Complaint may have a negative impact on my permanent credit report or on my personal reputation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 21st day of July, 2006.

_____
DORIS MARSHALL
Revenue Officer

**CERTIFICATE OF SERVICE**

United States v. Warner, et al.
Civil No. A05-0043-CV (JWS)                    - 2 -

I declare under penalty of perjury that a true and correct copy of the foregoing DECLARATION OF DORIS MARSHALL was sent to the following parties on ~~July~~ 9th, 2006 by regular U.S. Mail:
August

Eugene George Warner
3731 Laron Lane
Anchorage, Alaska 99504

KWOO
c/o Eugene George Warner
3731 Laron Lane
Anchorage, Alaska 99504

/s/ Justin S. Kim