DEBORAH M. SMITH
Acting United States Attorney
Room C-253, Federal Building and
  United States Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071

JUSTIN S. KIM
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-0977
Facsimile:  (202) 307-0054
E-mail:  justin.s.kim@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Civil No. A05-0043-CV (JWS) |
| Plaintiff, | ) |
| | ) |
| v. | ) DECLARATION OF JUSTIN S. KIM |
| | ) |
| EUGENE GEORGE WARNER, | ) |
| individually and as trustee of | ) |
| KWOO, AN ALLEGED PURE TRUST; | ) |
| and KWOO, AN ALLEGED PURE | ) |
| TRUST, | ) |
| | ) |
| Defendants. | ) |
| | ) |

     I, Justin S. Kim, pursuant to 28 U.S.C. § 1746, declare and state to the best of my knowledge as follows:

     1.  I am an attorney with the United States Department of Justice, Tax Division located at Washington, D.C.  I have been assigned to the above-captioned matter and am in possession of the Department of Justice files and a portion of the Internal Revenue Service's administrative file

concerning this matter. I have reviewed the Department of Justice and Internal Revenue Service's files in my possession in making the representations below.

2. Defendant KWOO, an alleged pure trust, is not an incompetent, an infant, or in the military service of the United States of America within the purview of the Soldiers' and Sailors' Civil Relief Act of 2003, Pub.L.No. 108-189, 117 Stat. 2835. Upon information and belief, defendant Eugene George Warner is not an incompetent or an infant; and I have been unable to determine whether he is in the military service of the United States of America within the purview of the Soldiers' and Sailors' Civil Relief Act of 2003, Pub.L.No. 108-189, 117 Stat. 2835.

3. Attached as Exhibit A is a true and correct copy of the "Criminal Complaint" filed by defendants with the Anchorage Recording District of the State of Alaska on or about November 17, 2004.

4. Attached as Exhibit B is a true and correct copy of the "Notice of Removal" filed by defendants with the Anchorage Recording District of the State of Alaska on or about February 1, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 9th day of August, 2006.

                                                /s/ Justin S. Kim
                                                JUSTIN S. KIM
                                                Trial Attorney, Tax Division
                                                Department of Justice

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy of the foregoing DECLARATION OF JUSTIN S. KIM was sent to the following parties on August 9th, 2006 by regular U.S. Mail:

| | |
|---|---|
| Eugene George Warner | KWOO |
| 3731 Laron Lane | c/o Eugene George Warner |
| Anchorage, Alaska 99504 | 3731 Laron Lane |
| | Anchorage, Alaska 99504 |

  /s/ Justin S. Kim

United States v. Warner, et al.
Civil No. A05-0043-CV (JWS)                      - 3 -