# EXHIBIT A

200- 086265-0
Recording Dist: 301 - Anchorage
11/18/2004 10:10 AM Pages: 1 of 16

ALASKA

Anchorage Recording District

CC

Return To:
Eugene George, family of Warner
C/o 3731 Laron Lane, Anchorage, Alaska
99504

# In the Presence of Almighty God

# In the Federal State Court

# Anchorage, Alaska, Without prejudice,

Presented among the Federal statues as public notice to this unconstitutional act as well as simultaneously a "matter of record" in the Constitutional side of the Federal court

|  |  |
|---|---|
| Case No: | |
| The people of The united States<br>Eugene George Warner,<br>KWOO, a Pure Trust,<br>Others of Special Interest,<br><br>Plaintiff(s),<br>vs.<br><br>Stephen Baker, individually & in capacity<br>Michael Walsh, individually & in capacity<br>Doris Marshal, individually & in capacity<br>Ronald Cahn, individually & in capacity<br>Dave Stout, individually & in capacity<br>State of Alaska<br>Internal Revenue Service (IRS),<br><br>Defendants, | ) DECLARATION of CLARIFICATION<br>) THEFT/EMBEZZLEMENT WAGES,<br>) SPECULATING OR WAGERING<br>) ON OFFICIAL ACTION,<br>) OFFICIAL OPPRESSION,<br>) EXTRINSIC FRAUD AT LAW,<br>) ABUSE OF OFFICE,<br>) ABUSE OF OFFICIAL CAPACITY,<br>) ABATEMENT OF TAX LEVY,<br>) MISUSE OF OFFICIAL INFORM-<br>) ATION,<br>) OBSTRUCTION OR RETALIATION,<br>) DEPRIVATION OF RIGHTS<br>) CORPORATION In "ULTRA VIRES"<br>) CONSPIRACY TO VIOLAE RIGHTS<br>) IDENTITY THEFT,<br>) REMEDY |

Eugene George
3731 Laron Lane, Anchorage, Alaska 99504

Stephen Baker, Chief Council IRS, 605 W. 4th. Ave., Room 235,
    Anchorage, Ak. 99501
Dave Stout, 333 Wiloughby Ave., Juneau, Alaska 99811-0203
Others unknown at this time:

## DEFENSE COLLATERAL ESTOPPEL

## WRIT OF PROHIBITION

This <u>COLLATERAL ESTOPPEL is in reference to your various letters and responses to me whereby the IRS has made an Extrinsic False Claim, unlawfully, immorally, without any jurisdiction or authority at law, and to my personal harm and damage against my income and my family. Such claim of **TAX LEVY** and **TAX LIEN**, are **FATALLY FLAWED**, are not valid and are void upon their face, for the following points at law:</u>

1. <u>There was no required prior "proof of service" or "summons" of this complaint. It was not before a judge with "accompanied warrant" to make a garnishment of payroll and violates the rules of court in procedure. Therefore both the Notice of LEVY and Notice of LIEN are forfeited entirely and becomes invalid and void upon its face.</u> (United States v. O'Dell. 6th Cir.,(1947),160 F.2d. 304, 307)

2. The IRS has no lawful right, authority or power to make such a complaint or notice without my consent. Re: IRS Form 668-W *"Section 6331 IRC... does not provide authority to levy wages of private citizens in the private sector."* See letter from Congressmen D. Hertel – attached Exhibit G. Without consent there never can be any predatory jurisdiction.

The IRS is neither a corporation nor any valid government agency of the Department of the U.S. Treasury, but of its own IRS treasury. It has produced no evidence that it even works for the united states federal corporation as a governmental agency to the Treasury of the United States of America (actual). It deceives the public into thinking that it is, in fact these things, while the truth being it is nothing more than a private collection agencies for the Top Ten Banks and some selective wealthy families.

These are the facts.

*Chrysler v. Brown*, 441 U.S. 281 (1979)

<u>Substantive regulations only have the force and effect of law, not interpretative regulations;</u>

*...to have the "force and effect of law," there must be a nexus between the regulations and some delegation of the requisite legislative authority by Congress; We described a substantive rule - or a "legislative-type rule," – as one "affecting Individual rights and obligations," This characteristic is an important touchstone for distinguishing those rules that may be "binding" or have the "force of law; The legislative power of the United States is vested in the Congress, and the exercise of quasi-legislative*

*authority by governmental departments and agencies must be rooted in a grant of such power by the Congress and subject to limitations which that body Imposes.*

The IRS has no grounded or rooted connection with Congress whatsoever. There is no contract with Congress or with the People, except by presentment in deception leading towards "consent" acquired in fear, intimidation and deceit to the public.

The IRS has no jurisdiction to me and therefore their Notice is invalid and void upon its face. There has been NO EVIDENCE to anything in the contrary that the claim has any merit or truthfulness. As a matter of fact, the claim is quite provable EXTRINSIC FRAUD. And I should remind you that if you participate in Fraud, SPRINT will also becomes liable as the IRS now has made itself criminal in these points at law. You should not agree with their intimidation or deceit, but rather stand up for the rights of your employees as is lawful and right to do.

3.    The IRS claim has no Judgement made by a judge <u>accompanied</u> by a "Warrant for Garnishment", as the law requires so its claim is invalid and void upon its face.

4.    There cannot be any late fees or interest as this is, by definition and ruling, of the Supreme Court, direct and "double taxation" upon the real person in flesh and blood. Therefore the claim is invalid and void upon its face.

5.    All Taxes are collected upon Federal Persons only. I am <u>not</u> a Federal Person nor Federal employee. I am a Sovereign Natural Person, by Declaration. Therefore the claim is invalid and void upon its face.

6.    Any or all claims of the IRS, or Internal Revenue Code, (not law, but policy), is subject to my rights as outlined within the scope of the Bill of Rights of the United States Constitution. Such violations as violence against the 4th Amendment, "to be secure in papers, effects, economics, etc. are my unalienable rights. To violate such is a criminal offense, especially after being forewarned, by this letter.

<u>CFR Cite - Sec 22.2 Authority citation.</u>  *The authority under which an agency issues a notice shall be cited in narrative form within text or in parentheses on a separate line following text.*

The IRS has no proof, no written contract, no connective legal document whatsoever that connects congress or the People to itself. Upon many years of demand, the IRS has not produced any such contract document, nor made any requirement of such public legal determination.



7. The "burden of proof" is on the IRS, not me. In all cases, at law, it is a fundamental fact in American Jurisprudence that the government bears the proof of evidence to those they are in a predatory claim. Over these last years the IRS has proven nothing, except their Extrinsic False Claim and has produced no evidence of laws or Laws, whatsoever. Therefore, their claim is invalid and void upon its face.

8. Under IRS section 6013 (g)(4), I made a "TERMINATION of ELECTION", also to deal with any further deceit of election of claims or "gifts" to the IRS in terms of taxes. The IRS claims that all taxes, however derived are registered as "gifts" by consent. I withdrew my consent and do not give any consent by written or implied means. Therefore, their claim is invalid and entirely void upon its face.

9. I also made a UCC 1-207 statement and of "Declaration of Clarification" of which, by its own authenticating power and authority, finalized this complaint entirely. Therefore the tax levy and lien became invalid and entirely void upon its face.

As precedent, at law:

*State of Ohio DHS v. US. DHHS*, 862 F.2d 1228. 1237(1988)

"In the case before us, the agency's failure to comply with the rulemaking requirements of the Administrative Procedure Act is fatal to the validity of the maintenance amount ceiling rule." As Judge Manos observed in *Standard Oil*, 453 F.Supp. at 243,

*"agency action taken in disregard of statutory rulemaking procedures is void"*

See e.g. *Morton v. Ruiz*, 415 U.S. 199, 94 S.Ct. 1055, 37 L.Ed.2d 270 (1974); *Consumers Union Aaf United States, Inc. v. Sawhill*, 393 F.Supp. 639 (D.D.C.), affd per curiam, 523 F.2d 1404 (TECA 1975); *Joseph v. United States Civil Setvice Comm'n*, 18 U.S.App.D.C. 281, 294-95, 554 F.2d 1140, 1153-54 (1977); *Rodway v. United States Dept. of Agrrculture*, 168 U.S.App. D.C. 387, 395, 514 F.2d 809, 817(1975); *United States v. Finley Coal Co.*, 493 F.2d 285, 291 (6th Cir.1974)~ As the Temporary Emergency Court of Appeals stated in *Califomia v. Simon*, 504 F.2d 430, 439 (inCA, 1974)

*"substantial compliance with rulemaking requirements is essential to the validity of administrative rules"*

See also *Pickus v. United States Bd. of Parole*, 507 F.2d 1107, 1114 (D.C.Cir.1974)


4 of 16
2004-086266-0

*"rules not adopted in accordance with Administrative Procedure Act rulemaking requirements were invalid"*

Mr. Michael Walsh, I realize that you need to make an intelligent decision about this matter. But both the LEVY and LIEN are pure Extrinsic Fraud (intent to deceive), is unconstitutional violating my Bill of Rights, and to say the least, its immoral effect causes me great duress and hardship on me and my family. Please do not be intimidated by the deceit of the IRS. However, If need be I will press further charges upon THE STATE OF ALASKA and the IRS, in violation of my rights and this statement of COLLATERAL ESPOPPEL / WRIT OF PROHIBITION. Such violations include, 18 USC 264, "Conspiracy to violate rights" where two or more parties enter into an agreement to violate these rights by committed fraud, in concert, to harm.

## SPECIFIC CRIMINAL COMPLAINT

**OFFENSES**

§ 5301. Official oppression.
§ 5302. Speculating or wagering on official action or information.
§ 5303. Liability for reimbursement of costs for outside counsel.

### COUNT ONE

### § 5301. OFFICIAL OPPRESSION.

A person acting or purporting to act in an official capacity or taking advantage of such actual or purported capacity commits a misdemeanor of the second degree if, knowing that his conduct is illegal, he: subjects another to arrest, detention, search, seizure, mistreatment, dispossession, assessment, lien [levy] or other infringement of personal or property rights; or denies or impedes another in the exercise or enjoyment of any right, privilege, power or immunity.

(a) *A public servant acting under color of his office or employment commits an offense if he:*
(1) *intentionally subjects another to mistreatment or to arrest, detention, search, seizure, dispossession, assessment, or lien that he knows is unlawful;*
(2) *intentionally denies or impedes another in the exercise or enjoyment of any right, privilege, power, or immunity, knowing his conduct is unlawful; or*
(3) *intentionally subjects another to sexual harassment.*
   (b) *For purposes of this section, a public servant acts under color of his office or employment if he acts or purports to act in an official capacity or takes advantage of such actual or purported capacity.*

(c) In this section, ísexual harassmentî means unwelcome sexual advances, requests for sexual favors, or other verbal or physical conduct of a sexual nature, submission to which is made a term or condition of a personís exercise or enjoyment of any right, privilege, power, or immunity, either explicitly or implicitly.

(d) An offense under this section is a Class A misdemeanor.

Such named and noted officials above violate this section.

## COUNT TWO

### § 5302. Speculating or wagering on official action or information.

A public servant commits a misdemeanor of the second degree if, in contemplation of official action by himself or by a governmental unit with which he is associated, or in reliance on information to which he has access in his official capacity and which has not been made public, he: acquires a pecuniary interest in any property, transaction or enterprise which may be affected by such information or official action; speculates or wagers on the basis of such information or official action; or aids another to do any of the foregoing.

Such named and noted officials above violate this section.

## COUNT THREE

### § 5303. Liability for reimbursement of costs for outside counsel.

(a) General rule.-A public official who is convicted of a felony or a misdemeanor under Federal law or under the laws of this Commonwealth shall be liable for and shall reimburse any public money expended by the Commonwealth to cover the costs incurred by an agency for outside counsel to defend the convicted public official in connection with a criminal investigation and prosecution of such public official.

(b) Conviction in state court.- when a public official is convicted of a felony or misdemeanor in State court, the court shall, in addition to the punishment prescribed for the offense, order the public official to reimburse any public money for which he is liable under subsection (a)

(c) Conviction in Federal court.-When a public official is convicted of a felony or misdemeanor in a Federal court, the Attorney General shall institute a civil action in Commonwealth Court to recover the public money for which the public official is liable under subsection (a).

6 of 16
2004-086265-0

(d) *Method of reimbursement.- The court may order the public official to make reimbursement of public money in a lump sum, by monthly installments or according to such other schedule as the court may determine appropriate. The period of time during which the public official is ordered to make such reimbursement may exceed the maximum term of imprisonment to which the public official could have been sentenced for the crime of which he was convicted.*

(e) *Status of reirnbursement. - Any reimbursement of public money ordered by the court under this section shall be a judgment in favor of the Commonwealth upon the public official or property of the public official ordered to make reimbursement. The Attorney General shall be responsible for enforcing such judgment in courts of competent jurisdiction in accordance with provisions of this title.*

(f) *Disposition of funds. "Any money reimbursed or recovered under this section*
    (A) *imposes a duty on the public servant; or*
    (B) *governs the conduct of the public servant.*
      (2) *"Misuse" means to deal with property contrary to:*
    (A) *an agreement under which the public servant holds the property;*
    (B) *a contract of employment or oath of office of a public servant;*
    (C) *a law, including provisions of the General Appropriations Act specifically relating to government property, that prescribes the manner of custody or disposition of the property; or*
    (D) *a limited purpose for which the property is delivered or received.*

**Such named and noted officials above violate this section.**

## COUNT FOUR

**PENAL CODE - CHAPTER 39. ABUSE OF OFFICE**

### § 39.02.  ABUSE OF OFFICIAL CAPACITY.

(a) A public servant commits an offense if, with intent to obtain a benefit or with intent to harm or defraud another, he intentionally or knowingly:
    (1) violates a law relating to the public servant's office or employment;  or
    (2) misuses government property, services, personnel, or any other thing of value belonging to the government that has come into the public servant's custody or possession by virtue of the public servant's office or employment.
(b) An offense under Subsection (a)(1) is a Class A misdemeanor.
(c) An offense under Subsection (a)(2) is:
    (1) a Class C misdemeanor if the value of the use of the thing misused is less than $20;
    (2) a Class B misdemeanor if the value of the use of the thing misused is $20 or more but less than $500 ;
    (3) a Class A misdemeanor if the value of the use of the thing misused is $500 or more but less than $1,500;


7 of 16
2004-086265-0

```
303        (4) a state jail felony if the value of the use of the thing misused is $1,500 or
304            more but less than $20,000;
305        (5) a felony of the third degree if the value of the use of the thing misused is
306            $20,000 or more but less than $100,000;
307        (6) a felony of the second degree if the value of the use of the thing misused is
308            $100,000 or more but less than $200,000; or
309        (7) a felony of the first degree if the value of the use of the thing misused is
310            $200,000 or more.
311    (d) A discount or award given for travel, such as frequent flyer miles, rental car
312        or hotel discounts, or food coupons, are not things of value belonging to the
313        government for purposes of this section due to the administrative difficulty
314        and cost involved in recapturing the discount or award for a governmental
315        entity.
316
317 Such named and noted officials above violate this section.
318
319                              COUNT FIVE
320
321        § 39.06. MISUSE OF OFFICIAL INFORMATION.
322    (a) A public servant commits an offense if, in reliance on information to which he has
323        access by virtue of his office or employment and that has not been made public,
324        he:
325        (1) acquires or aids another to acquire a pecuniary interest in any property,
326            transaction, or enterprise that may be affected by the information;
327        (2) speculates or aids another to speculate on the basis of the information; or
328        (3) as a public servant, including as a principal of a school, coerces another into
329            suppressing or failing to report that information to a law enforcement agency.
330    (b) A public servant commits an offense if with intent to obtain a benefit or with intent
331        to harm or defraud another, he discloses or uses information for a non-
332        governmental purpose that:
333        (1) he has access to by means of his office or employment; and
334        (2) has not been made public.
335    (c) A person commits an offense if, with intent to obtain a benefit or with intent to
336        harm or defraud another, he solicits or receives from a public servant information
337        that:
338        (1) the public servant has access to by means of his office or employment; and
339        (2) has not been made public.
340    (d) In this section, "information that has not been made public" means any
341        information to which the public does not generally have access, and that is
342        prohibited from disclosure under Chapter 552, Government Code.
343    (e) Except as provided by Subsection (f), an offense under this section is a felony of
344        the third degree.
345    (f) An offense under Subsection (a)(3) is a Class C misdemeanor.
346
347 Such named and noted officials above violate this section.
```

## COUNT SIX

### § 36.06. OBSTRUCTION OR RETALIATION.

(a) A person commits an offense if he intentionally or knowingly harms or threatens to harm another by an unlawful act:
   (1) in retaliation or on account of the service or status of another as a:
      (A) public servant, witness, prospective witness, or informant; or
      (B) person who has reported or who the actor knows intends to report the occurrence of a crime; or
   (2) to prevent or delay the service of another as a:
      (A) public servant, witness, prospective witness, or informant; or
      (B) person who has reported or who the actor knows intends to report the occurrence of a crime.
(b) For the purpose of this section, "informant" means a person who has communicated information to the government in connection with any governmental function.
(c) An offense under this section is a felony of the third degree unless the victim of the offense was harmed or threatened because of the victim's service or status as a juror, in which event the offense is a felony or the second degree.

Such named and noted officials above violate this section.

## COUNT SEVEN

### 18 Section 241. CONSPIRACY AGAINST RIGHTS

*If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or*

*If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured -*

*They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.*

Such named and noted officials above violate this section.



## COUNT EIGHT

### 42 USC Section 1983. CIVIL ACTION FOR DEPREVATION OF RIGHTS

*Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.*

**Such named and noted officials above violate this section.**

## COUNT NINE

### 42 USC Section 1981. EQUAL RIGHTS UNDER THE LAW

**(a) *Statement of equal rights***

*All persons within the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts, to sue, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by white citizens, and shall be subject to like punishment, pains, penalties, taxes, licenses, and exactions of every kind, and to no other.*

**(b) *"Make and enforce contracts" defined***

*For purposes of this section, the term "make and enforce contracts" includes the making, performance, modification, and termination of contracts, and the enjoyment of all benefits, privileges, terms, and conditions of the contractual relationship.*

**(c) *Protection against impairment***

*The rights protected by this section are protected against impairment by non governmental discrimination and impairment under color of State law.*

**Such named and noted officials above violate this section.**

10 of 16
2004-086266-0

## COUNT TEN

### Theft by Deception / Embezzlement of funds

**"Theft by Deception"**, defined:

*The use of trickery to obtain another's property, esp by*

*(1) creating or enforcing a false impression*

*(2) preventing one form obtaining information that would effect one's judgment about a transaction, or*

*(3) failing to disclose, in property transfer, a known lien or other legal impediment*

**Same as "Theft by Extortion"** *Theft in which the perpetrator obtains property by threat or coercion.*

**Such named and noted officials above violate this section.**

**"Embezzlement"**, defined:

*The fraudulent taking of one's property of which one has been entrusted (wages) as a fiduciary.*

**Such named and noted officials above violate this section.**

# ABATEMENT OF TAX LEVY

**§ 64. Pleas in abatement – Definition and functions – Corporations.**

Pleas are divided into two general classes, viz., ***dilatory and peremptory***, otherwise designated as pleas in abatement and pleas in bar. A plea in abatement is defined to be a plea that, without disputing the justness of the Plaintiffs' claim, objects to the place, mode or time of asserting it, and requires that therefore, and pro hac vice, judgment be given for the person, leaving it open to renew the suit in another place or form, or at another time; while to the second class belong all those pleas having for their object the defeating of the plaintiffs' claim. Hence, a plea in bar of the action may be defined as one which shows some ground for barring or defeating the action, and makes prayer to that effect.1 A corporation may put in issue the fact of the service of process upon it by plea in abatement, and then contradict the officer's return, which is only prima facie evidence of the truth of the facts therein recited."

11 of 16
2004-086266-0

**Authority in Rights exerted, backed by various laws quoted:**

I, Eugene George Warner, do hereby make an absolute abatement (dissolution and cancellation) upon such Internal Revenue Service Claim of "Wage Garnishment" and Lien(s) on private property, not supported by any law *(IRC and CFR is not law and has no effect at law)* or any judicial action *(Court)*, as duly noted above, in the unlawful action(s) already taken by State of Alaska and in concert by the IRS, by fraud, as in the "appearance of being unlawful", deceitful, unfair *(more than 90 percent of my paycheck to garnishment)*, immoral in the sight of Almighty God and un-American in reference to Law of the People of the united states of America. Such abatement is self authenticating by this document, and by my own "private power" as described in the ninth amendment to the united states Constitution: *"those rights held back from government or the states"*.

Declaration of Rights by abatement under rule 68:

**Such "Wage Garnishment" is hereby dissolved and cancelled with prejudice and without any recourse to re-establish.**

Abatement Rule 68

§ 68. Grounds of abatement - *In general. The grounds of abatement generally go to the jurisdiction of the court, to the disability of the plaintiff or defendant, to the count or **declaration, to the form of the writ and to the action of the writ.**1~*

REMEDY:

**Declaration # 1**

WHEREAS, In light of the above violation of laws and Law, and its extreme tendency to create fraud and deceit to myself and the public, at large, the INTERNAL REVENUE SERVICE, having no rights, no authority, no power to exert a claim of "Wage Garnishment", lawfully or constitutionally,

THEREFORE, in this case, or others, INTERNAL REVENUE SERVICE and State of Alaska are hereby forever "barred" from myself, KWOO or any other entity related to myself in any action at law, wage garnishment or recourse.

**Declaration # 2**

WHEREAS, As a punishment, in **American Jurisprudence** for Defendant's crimes and intent to harm, willfully, purposefully and maliciously disobeying the law and Laws of the Land (soil) creating Deceit upon myself and my family,


12 of 16
2004-086265-0

THEREFORE, All wage(s) and other private property are hereby entered as forever **"EXEMPT"** from any and all taxation to the Internal Revenue Service.

### Declaration # 3

**WHEREAS,** all moneys already taken were not taken by lawful and constitutional means, therefore violating my private rights and collateral unalienable rights, making them by crimes committed, alienable, such amounts are in the face of the law considered **THEFT and EMBEZZLEMENT**, and listed as a criminal offense against the Peace and dignity of the state and the person of Eugene George Warner.

**THEREFORE,** such monetary damages are in access of **FOUR MILLION FIVE HUNDRED THOUSAND U.S. DOLLARS** ($4,500,000) plus interest, to be paid back, in *substantial damages* and *punitive damages* as the court, or Eugene George Warner, at his sole discretion, should deem necessary against the Defendant(s), in concert of criminal action noted and joined together.

**Notice:** Starting from November 25, 2004, such amount of **$10,000 per each and every day** such crime should continue to occur, ongoing, against the person of Eugene George Warner, shall be payable, by cashier's check, to the same, but not less than holding over ten days at any one time.

### Declaration # 4

**WHEREAS,** the behavior and criminal actions of the Internal Revenue Service and State of Alaska, et. al. fictions (all capital names and employees) are such that they make threats, coercion, and do malicious acts, as noted above, merits a private law action known as a **PROTECTIVE ORDER.**

**THEREFORE,** such Protective Order, is *self authenticating and empowering*, by this document and action against the Internal Revenue Service (IRS) and Alaska, et. al., in perpetuity:

(1) neither the IRS or the State of Alaska shall come within one mile of the private person of Eugene George Warner, his wife or any family.

(2) neither the IRS or the State of Alaska shall make threats or make or keep any relationship whatsoever with the private person of Eugene George Warner, his wife or family.


13 of 16
2004-086265-0

(3) State of Alasak shall not even remove one dollar out from among Eugene George Warner's Teacher Retirement System (TRS) Trust payable to the IRS or any other deduction, not of his consent.

(4) any or all W-2 W-4, or other shall be entitled "EXEMPT" forever or until such change, at Eugene George Warner's sole discretion.

## Declaration # 5

### DECLARATION IN INDEBITATUS ASSUMPSIT

### ESSENTIAL ALLEGATIONS: (4) THE BREACH

**181. The Breach of the Promise** in Indebitatus Assumpsit is the neglect and refusal of the defendant to perform it, that is, to pay. As in Special Assumpsit, it is an essential part of the cause of action, and must in all cases be stated.

The neglect or refusal of the defendant to fulfill his Promise, whether Express or Implied, is always a necessary **Allegation in the Declaration**, as it is essential to the Plaintiffs' right to sue. In form it is usually a brief statement that the defendant has neglected ~ and refused to pay, and still neglects and refuses so to do. This is the **Common Breach** usually **Assigned in Actions** upon the Common Counts, and a Separate Breach is always Assigned to Each Count, as each is a separate and complete statement of a cause of action.

I claim the reservation of right to prosecute, pending default or refusal to obey this document.

### NOTICE

Defendants have THREE DAYS from reception of this document in which to make themselves <u>fully compliant</u> before the criminal complaint is filed with the local police.

Such all of the above is made legal and binding by my Sovereign Person Signature as noted below:

Sworn and attested this 17th day of November, 2004:

*[signature: Eugene George Warner]*
Eugene George Warner
3737 Laron Lane, Anchorage, Alaska

14 of 16
2004-086265-0

```
611                                        Eugene George Warner (signature)
612                                        Eugene George Warner, KWOO Trustee
613                                        3731 Laron Lane, Anchorage, Alaska
614
615                              ---ooOoo---
616    Alaska                    )
617                              )   ss.
618    Municipality of Anchorage )
619
620    On the ___ day of November, 2004, Eugene George Warner did appear before me a
621    Notary Public in and for Anchorage, Alaska, and did make and subscribe the
622    foregoing as their Declaration of Determination as true, correct and admissible
623    upon his oaths before me.
624
625    S E A L                                   _____
626                                              NOTARY
```

*[Notary seal: Notary Public MICHAEL CASSEL, State of Alaska, My Commission Expires Dec. 5, 2006]*

Exhibit "G"

ARMED SERVICES
CHANT SI. MARINE AND
FISHERIES
SELECT COMMITTEE ON
AGING



## Congress of the United States
### House of Representatives
### Washington, D.C. 20515

DENNIS M. HERTEL
14TH DISTRICT, MICHIGAN

DISTRICT OFFICE
28221 MOUND ROAD
WARREN, MICHIGAN 48092
(313) 874-9420

DISTRICT OFFICE
10927 KELLY ROAD
DETROIT, MICHIGAN 48224
(313) 526-5909

218 CANNON OFFICE BUILDING
WASHINGTON, D.C. 20515
(202) 225-6276

December 30, 1985

Regarding your recent contact with my office on the difficulties you are experiencing with the Internal Revenue Service, it is the policy of our office not to give legal advice and suggest that you seek out counsel with tax expertise.

We can address your specific question relative to IRS Form 668-W, Notice of Levy on Wages... Section 6331 IRC entitled "Levy and Distraint" and Section 6331(a) IRC entitled "Authority of Secretary", "...Levy may be made upon the accrued salary or wages of any officer, employee or elected official of the United States, District of Columbia, or any agency or instrumentality of the United States or the District of Columbia, by serving a notice of levy on the employer of such officer, employee or elected official...", does not provide authority to levy wages of private citizens in the private sector.

The omission of this section from IRS Form 668-W may be misleading to some employers, as you have suggested.

I hope that you will find this information useful and regret that I am unable to provide you with more assistance.

Please feel free to contact me again if you have any questions or comments regarding your federal government.

Sincerely,

Dennis M. Hertel

DENNIS M. HERTEL
Member of Congress

16 of 16
2004-086265-0

Exhibit "G"



ARMED SERVICES

MERCHANT MARINE AND
FISHERIES

JCT COMMITTEE ON
AGING

# Congress of the United States
## House of Representatives
### Washington, D.C. 20515

DENNIS M. HERT,
14TH DISTRICT, MICHIC

DISTRICT OFFICE
28221 MOUND ROAD
WARREN, MICHIGAN 48
(313) 574-9420

DISTRICT OFFICE
10927 JELLY ROAD
DETROIT, MICHIGAN 482
(313) 525-5960

218 CANNON OFFICE BUIL
WASHINGTON, D.C. 205
(202) 225-8276

December 30, 1985

Regarding your recent contact with my office on the difficulties you are experiencing with the Internal Revenue Service, it is the policy of our office not to give legal advice and suggest that you seek out counsel with tax expertise.

We can address your specific question relative to IRS Form 668-W, Notice of Levy on Wages... Section 6331 IRC entitled "Levy and Distraint" and Section 6331(a) IRC entitled "Authority of Secretary", "...Levy may be made upon the accrued salary or wages of any officer, employee or elected official of the United States, District of Columbia, or any agency or instrumentality of the United States or the District of Columbia, by serving a notice of levy on the employer of such officer, employee or elected official...", does not provide authority to levy wages of private citizens in the private sector.

The omission of this section from IRS Form 668-W may be misleading to some employers, as you have suggested.

I hope that you will find this information useful and regret that I am unable to provide you with more assistance.

Please feel free to contact me again if you have any questions or comments regarding your federal government.

Sincerely,

Dennis M. Hertel

DENNIS M. HERTEL
Member of Congress

16 of 16
2004-086265-0



United States of America )
                         ) ss
State of Alaska          )

THIS IS TO CERTIFY that the foregoing is a full, true and correct copy of the document as it appears in the records and files of my office.

IN THE WITNESS WHEREOF, I have hereunto set my hand and have affixed my official seal at Anchorage, Alaska, this 27th day of Nov 20 0X

Beverly A Snow
Recorder II