DEBORAH M. SMITH
Acting United States Attorney
Room C-253, Federal Building and
 United States Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071

JUSTIN S. KIM
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-0977

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Civil No. A05-0043-CV (JWS) |
| Plaintiff, | ) |
| | ) |
| v. | ) NOTICE OF FILING OF PROPOSED |
| | ) ORDER AND JUDGMENT |
| EUGENE GEORGE WARNER, | ) |
| individually and as trustee of | ) |
| KWOO, AN ALLEGED PURE TRUST; | ) |
| and KWOO, AN ALLEGED PURE | ) |
| TRUST, | ) |
| | ) |
| Defendants. | ) |
| | ) |

PLEASE TAKE NOTICE THAT filed herewith this notice is the [PROPOSED] ORDER GRANTING THE UNITED STATES' MOTION FOR DEFAULT JUDGMENT and the [PROPOSED] JUDGMENT.

Dated this 8th day of September, 2006.

> Respectfully submitted,
>
> DEBORAH M. SMITH
> Acting United States Attorney
>
> /s/ Justin S. Kim
> JUSTIN S. KIM
> Trial Attorney, Tax Division
> U.S. Department of Justice
> Post Office Box 683, Ben Franklin Station
> Washington, D.C.  20044
> Telephone: (202) 307-0977

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy of the foregoing MEMORANDUM IN SUPPORT OF THE UNITED STATES' MOTION FOR DEFAULT JUDGMENT was sent to the following parties on September 8th, 2006 by regular U.S. Mail:

| | |
|---|---|
| Eugene George Warner | KWOO |
| 3731 Laron Lane | c/o Eugene George Warner |
| Anchorage, Alaska 99504 | 3731 Laron Lane |
| | Anchorage, Alaska 99504 |

 /s/ Justin S. Kim

United States v. Warner, et al.
Civil No. A05-0043-CV (JWS)               - 2 -