DEBORAH M. SMITH
Acting United States Attorney
Room C-253, Federal Building and
  United States Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071

JUSTIN S. KIM
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-0977

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Civil No. A05-0043-CV (JWS) |
| Plaintiff, ) | |
| ) | |
| v. ) | [PROPOSED] ORDER GRANTING THE |
| ) | UNITED STATES' MOTION FOR |
| EUGENE GEORGE WARNER, ) | DEFAULT JUDGMENT |
| individually and as trustee of ) | |
| KWOO, AN ALLEGED PURE TRUST; ) | |
| and KWOO, AN ALLEGED PURE ) | |
| TRUST, ) | |
| ) | |
| Defendants. ) | |
| ) | |

     Upon review of the United States' motion for default judgment and the supporting declarations and memorandum, the Court ORDERS as follows:

     1.     The United States' motion for default judgment is granted and judgment for the United States shall be entered on all claims.

     2.     Any filing that purports to create a lien or any other non-consensual lien or encumbrance filed by defendants Eugene George Warner or KWOO, an alleged pure trust, against

the person or property of any IRS employee or others who authorized or performed any act in connection with the assessment or collection of his tax liabilities is declared null and void ab initio and declared to have no force and effect.

      3.      This order may be filed and recorded by the United States with the Alaska Secretary of State, any county clerk's office, assessor's office, or registrar of deeds in the state of Alaska where such liens have or will be filed by defendants.

      4.      Regardless of nomenclature, caption, title, or terms used to describe the document, defendants are permanently enjoined from filing, or attempting to file, any document or instrument which purports to create a lien or any other purported non-consensual lien or encumbrance against the person or property of the above named IRS employees or others who authorized or performed any act in connection with the assessment or collection of defendants tax liabilities.

Nevertheless, this permanent injunction shall not prevent defendants from applying to any state or federal court of competent jurisdiction in order to obtain relief of any non-frivolous legal claim, and this injunction shall not apply to or prohibit liens lawfully created by any judgment of a court of competent jurisdiction. Willful violation of this order shall be punished by fine or imprisonment, or both.

///

///

5.  An order is hereby entered specifically declaring and adjudging that the "Criminal Complaint" filed by defendants against Revenue Officer Doris Marshall, Revenue Officer Michael Walsh, Special Agent Ronald Chan, and IRS Attorney Stephen Baker is null, void and of no legal effect.

**IT IS SO ORDERED.**

Dated this _____ day of September, 2006.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy of the foregoing THE UNITED STATES' MOTION FOR DEFAULT JUDGMENT was sent to the following parties on September 8th, 2006 by regular U.S. Mail:

Eugene George Warner
3731 Laron Lane
Anchorage, Alaska 99504

KWOO
c/o Eugene George Warner
3731 Laron Lane
Anchorage, Alaska 99504

/s/ Justin S. Kim