DEBORAH M. SMITH
Acting United States Attorney
Room C-253, Federal Building and
 United States Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071

JUSTIN S. KIM
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-0977

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Civil No. A05-0043-CV (JWS) |
| Plaintiff, | ) |
| | ) |
| v. | ) [PROPOSED] JUDGMENT |
| | ) |
| EUGENE GEORGE WARNER, | ) |
| individually and as trustee of | ) |
| KWOO, AN ALLEGED PURE TRUST; | ) |
| and KWOO, AN ALLEGED PURE | ) |
| TRUST, | ) |
| | ) |
| Defendants. | ) |
| | ) |

It is ORDERED AND ADJUDGED that judgment be entered in favor the United States on its Complaint in accordance with the Order filed herewith.

Dated this ____ day of September, 2006.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy of the foregoing THE UNITED STATES' MOTION FOR DEFAULT JUDGMENT was sent to the following parties on September <u>8th</u>, 2006 by regular U.S. Mail:

| | |
|---|---|
| Eugene George Warner | KWOO |
| 3731 Laron Lane | c/o Eugene George Warner |
| Anchorage, Alaska 99504 | 3731 Laron Lane |
| | Anchorage, Alaska 99504 |

  /s/ Justin S. Kim