### UNITED STATES DISTRICT COURT

### DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                          )<br>            Plaintiff,                           )<br>                                                          )<br>            vs.                                       )<br>                                                          )<br>EUGENE GEORGE WARNER,          )<br>individually and as trustee of              )<br>KWOO, AN ALLEGED PURE TRUST, )<br>                                                          )<br>            Defendants.                     )<br>_____) | 3:05-cv-00043 -JWS<br><br><br><br>JUDGMENT |

The United States' motion for default judgment having been granted, it is hereby **ADJUDGED AND DECLARED**:

    1.  Defendants EUGENE GEORGE WARNER, and KWOO, AN ALLEGED PURE TRUST, ("Defendants") are each permanently enjoined from recording or filing any document with any agency of the State of Alaska, or any of its political subdivisions, which purports to create a lien or other encumbrance on the property of any person who is employed by the United States Internal Revenue Service ("IRS") or any other person who authorized or performed any act in connection with the assessment or collection of any federal tax alleged to be owed by EUGENE GEORGE WARNER.

    2.  Any recorded or filed document which purports to create a lien that is the subject of paragraph 1 above is void ab initio and shall have no force and effect.

    3.  This Judgment may be recorded or filed with any agency of the State of Alaska, or any of it political subdivisions, where a document may be recorded or filed for the purpose of creating a lien or other encumbrance on real or personal property.

      4.  The "Criminal Complaint" filed by Defendants against IRS Officer Doris Marshall, IRS Officer Michael Walsh, Special Agent Ronald Chan, and IRS Attorney Stephen Baker is null, void and of no legal force or effect.

      5.  Defendants may apply to this court for relief from this Judgment if a court of competent jurisdiction ever enters a judgment in Defendants' favor that would ordinarily support a lien or encumbrance on the property of any person as to whom this Judgment prevents the creation of a lien or encumbrance.

DATED at Anchorage, Alaska this 4th day of October 2006.

                                                     /s/
                                         JOHN W. SEDWICK
                                 UNITED STATES DISTRICT JUDGE